UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

SAMUEL STEINBERG
a/k/a SAM STEINBERG,

Chapter 7
Case No. 14-10845 (MG)

Debtor.
------------------------------------------------------------------x

**SECOND STIPULATION AND ORDER EXTENDING TIME TO
OBJECT TO DEBTOR'S DISCHARGE AND/OR MOVE TO DISMISS**

I.  On March 28, 2014, an involuntary bankruptcy petition under chapter 7 of title 11, United States Code (the "**Bankruptcy Code**") was filed against Samuel Steinberg a/k/a Sam Steinberg (the "**Debtor**") by David Jaroslawicz, David Walker, Howard Freund, Neil Herskowitz, Phil Lifschitz, and Abraham Elias, in this Court.

II. On May 14, 2014, an order for relief under chapter 7 was entered in the Debtor's case.

III. On May 30, 2014, Gregory Messer, Esq., ("**Mr. Messer**") was appointed the interim chapter 7 trustee of the estate.

IV. Thereafter, Mr. Messer resigned as interim chapter 7 trustee and on July 22, 2014, Kenneth P. Silverman, Esq. was appointed the successor interim chapter 7 trustee (the "**Trustee**") of the estate, has since dully qualified, and is now the permanent Trustee in the Debtor's case.

V.  Pursuant to the Bankruptcy Code § 341(a) First Meeting of Creditors Notice dated July 23, 2014, November 3, 2014 was fixed as the last day to file objections to the discharge of the Debtor.

VI. Pursuant to Stipulation and Order dated November 3, 2014, the Trustee's and the United States Trustee's time to object to Debtors' discharge and/or move to dismiss was

1

extended through and including December 3, 2014;

VII. The Trustee's and the Office of the United States Trustee's (the "**U.S. Trustee**") time to object to the Debtor's discharge needs to be extended in order to allow the Trustee and the U.S. Trustee to complete their investigation into the Debtor's financial affairs.

VIII. The Debtor has consented to extend the time within which the discharge will be entered pursuant to § 727 of the Bankruptcy Code and the time within which an objection to such discharge may be interposed by the Trustee and/or the U.S. Trustee, from December 3, 2014 up to, and including, January 9, 2015, without prejudice to the right of the Trustee and/or the U.S. Trustee to seek a further extension or extensions of such time.

IX. The Debtor has consented to extend the time period for the Trustee and/or the U.S. Trustee to seek dismissal of the Debtors' case pursuant to § 707 of the Bankruptcy Code from December 3, 2014, up to and including January 9, 2015, without prejudice to the right of the Trustee and/or U.S. Trustee to seek a further extension or extensions of such time.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED** by and between the Debtor and the Trustee as follows:

1. The time period within which the Trustee and/or the U.S. Trustee may file a complaint objecting to the Debtor's discharge pursuant to § 727 of the Bankruptcy Code is extended from December 3, 2014, up to and including January 9, 2015, without prejudice to the right of the Trustee and/or the U.S. Trustee to seek a further extension or extensions of such time.

2. The time period within which the Trustee and/or the U.S. Trustee may seek the dismissal of the Debtor's case pursuant to § 707 of the Bankruptcy Code is extended from December 3, 2014, up to and including January 9, 2015, without prejudice to the right of the Trustee and/or the U.S. Trustee to seek a further extension or extensions of such time.

3. This stipulation is subject to the approval of the Bankruptcy Court.

4. This stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument.

5. Facsimile signatures and signatures in portable document format (.pdf) are deemed originals for the purposes of this Stipulation.

6. The parties hereto consent to the entry of this Stipulation as an order in this case.

Dated: Jericho, New York
      December 3, 2014

**SILVERMANACAMPORA LLP**
Proposed Counsel to Kenneth P. Silverman, Esq.,
  the Chapter 7 Trustee

By:    /s/Anthony C. Acampora
Anthony C. Acampora, Esq.
A Member of the Firm
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

Dated: Wantagh, New York
      December 3, 2014

**LAMONICA HERBST & MANISCALCO, LLP**
Counsel to Samuel Steinberg a/k/a Sam Steinberg

By:    /s/Salvatore LaMonica
Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
(516) 826-6500

**IT IS SO ORDERED.**

Dated: December 4, 2014
      New York, New York

    /s/Martin Glenn
MARTIN GLENN
United States Bankruptcy Judge